UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA FLORES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation dba "TARGET" and/or "TARGET STORES" and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:16-cv-03101-BEN-NLS<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S SEVENTH AND EIGHTH CLAIMS FOR RELIEF** |

　　　Defendant Target Corporation ("Target") has moved to dismiss with prejudice Plaintiff's seventh claim for relief for breach of written contract and eighth claim for relief for breach of implied contract. (Doc. No. 5.) The Civil Local Rules required Plaintiff to file an opposition or statement of non-opposition by January 30, 2017. That deadline has passed, and Plaintiff has not filed an opposition or statement of non-opposition.

　　　Under Civil Local Rule 7.1.f.3.c, if a party fails to file an opposition or statement of non-opposition by the required deadline, the Court may treat that failure as consent to the granting of the motion. *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (affirming dismissal for failure to file opposition as required by local rule). On the basis

1 | of this rule, the motion to dismiss is **GRANTED** and Plaintiff's seventh and eighth
2 | claims for relief are **DISMISSED without prejudice.**[1]
3 |   **IT IS SO ORDERED.**
4 | Dated: February 27, 2017

               _____
               Hon. Roger T. Benitez
               United States District Judge

---

[1] Defendant seeks a dismissal with prejudice. However, because the Court is granting Defendant's motion on the basis of Plaintiff's failure to file an opposition or statement of non-opposition, and is not adjudicating the merits, the Court dismisses the claims without prejudice.